1  TODD BLANCHE
   Deputy Attorney General of the United States
2  SIGAL CHATTAH
   First Assistant United States Attorney
3  District of Nevada
   Nevada Bar Number 8264
4
5  SUMMER A. JOHNSON
   Assistant United States Attorney
6  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
7  Phone: (702) 388-6336
   Fax: (702) 388-6787
8  Summer.Johnson@usdoj.gov

9  *Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXIS ENRIQUE SILVA HERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, in her official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; TODD LYONS, in his official capacity as Acting Director and Senior Official Performing Duties of the Director for U.S. Immigration and Customs Enforcement; JASON KNIGHT, in his official capacity as Acting Field Office Director, Salt Lake City Field Office Director, U.S. Immigration & Customs Enforcement; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; JOHN MATTOS, in his official capacity as Warden, Nevada Southern Detention Center,<br><br>　　　　　Respondents. | Case No. 2:25-cv-02304-RFB-EJY<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to Order to Show Cause (ECF No. 5)**<br><br>**(First Request)** |

　　Petitioner Alexis Enrique Silva Hernandez ("Petitioner") and Federal Respondents Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, U.S. Department of Justice, Todd Lyons, Jason Knight, and U.S. Immigration & Customs Enforcement

("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to File a Response to this Court's Order to Show Cause ("OSC") why the Motion for Temporary Restraining Order should not be granted, ECF No. 5. At present Federal Respondents' response to the Order to Show Cause is November 24, 2025. Federal Respondents received the OSC late on Friday afternoon, November 21, 2025. On November 24, 2025, Federal Respondents requested an extension to respond to the OSC from Petitioner's counsel. Petitioner's counsel agreed to a one-day extension until and including November 25, 2025.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Order to Show Cause from November 24, 2025, to November 25, 2025. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 24th day of November 2025.

UNLV IMMIGRATION CLINIC

/s/ Michael Kagan
Michael Kagan
Nevada Bar No. 12318C
Thomas & Mack Legal Clinic
William S. Boyd School of Law
University of Nevada, Las Vegas
P.O. Box 71075
Las Vegas, Nevada 89170
Telephone: 702-895-3000
Facsimile: 702-895-2081
*Attorney for Petitioner*

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Summer A. Johnson
SUMMER A. JOHNSON
Assistant United States Attorneys

**IT IS SO ORDERED.**

**DATED:** November 24, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2