MICHAEL KAGAN
Nevada Bar No. 12318C
DRIANNA DIMATULAC
YILU SONG
Student Attorneys Practicing
Under Nevada Supreme Court Rule 49.3
Attorneys for Petitioner
**UNLV IMMIGRATION CLINIC**
Thomas & Mack Legal Clinic
William S. Boyd School of Law
University of Nevada, Las Vegas
P.O. Box 71075
Las Vegas, Nevada 89170
Telephone: 702-895-3000
Facsimile: 702-895-2081
Email: Michael.Kagan@unlv.edu
Email: DimatD1@unlv.nevada.edu
Email: SongY10@unlv.nevada.edu

*Counsel for Petitioner*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (Las Vegas)**

| | |
|---|---|
| **ALEXIS ENRIQUE SILVA HERNANDEZ,** | Case No. 2:25-cv-02304-RFB-EJY |
| *Petitioner,* | |
| v. | **JOINT STATUS REPORT** |
| **KRISTI NOEM,** *et al.,* | **PURSUANT TO ORDER GRANTING** |
| *Respondents.* | **PETITIONER'S PRELIMINARY** |
| | **INJUNCTION (ECF No. 12)** |
| | **AND STIPULATION** |
| | **TO ORDER** |
| | **OF DISMISSAL** |

*JOINT STATUS REPORT AND STIPULATION TO ORDER OF DISSMISSAL*

Petitioner Alexis Enrique Silva Hernandez ("Petitioner") and Federal Respondents ("Respondents"), by and through their undersigned counsel, hereby submit this Joint Status Report pursuant to this Court's Order Granting Petitioner's Motion for Temporary Restraining Order or Preliminary Injunction.  ECF No. 12.  Petitioner and Federal Respondents, by and through their respective counsel, also stipulate to the dismissal without prejudice of each and every cause of action alleged in the Petition for Writ of Habeas Corpus filed in this case (ECF No. 1), each party to bear its own fees and costs.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.    Background**

On November 18, 2025, Petitioner filed his Petition for a Writ of Habeas Corpus pursuant to 18 U.S.C. § 2241. ECF No. 1. The same day, Petitioner filed a Motion for Temporary Restraining Order or Preliminary Injunction. ECF No. 2. On November 20, 2025, this case was transferred to District Judge Richard F. Boulware as it related to three pending putative class actions before this Court. ECF No. 3. On November 21, 2025, this Court ordered service of the Petition and Motion and ordered Respondents to show cause in accordance with 28 U.S.C. § 2243 why relief should not be granted. ECF No. 5. On November 24, 2025, counsel for Federal Respondents Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, U.S. Department of Justice, Todd Lyons, Jason Knight, and U.S. Immigration & Customs Enforcement filed a Notice of Appearance. ECF No. 6. On November 26, 2025, Federal Respondents filed their Return, which incorporated their briefing in *Dominguez-Lara v. Noem*, No. 2:25-cv-01553-RFB-BNW. ECF No. 9-2.

This Court granted Petitioner's Motion for TRO/Preliminary Injunction on December 3, 2025, ordering that Petitioner be immediately released no later than 9:00 p.m. that day, subject

*JOINT STATUS REPORT AND STIPULATION TO ORDER OF DISSMISSAL*

to the $5,000 bond and other conditions imposed by Immigration Judge Baker. ECF No. 12. Petitioner was ordered to satisfy the bond conditions by December 10, 2025. This Court also ordered Petitioner and Respondents to submit a stipulated proposed scheduling order for full briefing on the merits of the Petition.

**II.    Status Report**

Respondents received the Order at 4:52 p.m. on December 3, 2025. ECF No. 13. Petitioner was released from the Nevada Southern Detention Center at 10:51 a.m. on December 4, 2025. The delay was due to the late receipt of the Order on the afternoon of December 3, 2025.

**III.    Joint Stipulation**

In this case, the parties agree that the Petition for Writ of Habeas Corpus (ECF No. 1) is moot. Petitioner filed the Petition seeking his immediate release from detention pursuant to the Immigration Judge's bond order. Because Petitioner has since been released in accordance with this Court's Order, the issues raised by this Petition are now moot. This stipulation does not indicate concession of any issues raised by the parties.

**IV.    Conclusion**

For the foregoing reasons, counsel for Petitioner and Federal Respondents have conferred regarding the Petition for Writ of Habeas Corpus and agreed to its dismissal.

Respectfully submitted this 17th day of December 2025,

SIGAL CHATTAH
Acting United States Attorney

/s/ Summer Johnson
Summer A. Johnson
Assistant United States Attorney
*Attorneys for the Federal Respondents*

/s/ Michael Kagan
Michael Kagan
Nevada Bar No. 12318C

/s/Drianna Dimatulac
Drianna Dimatulac
Student Attorney Practicing
Under Nevada Supreme Court Rule 49.3

*JOINT STATUS REPORT AND STIPULATION TO ORDER OF DISSMISSAL*

/s/Yilu Song

Yilu Song
Student Attorney Practicing
Under Nevada Supreme Court Rule 49.3
*Attorneys for Petitioner*

**UNLV IMMIGRATION CLINIC**
Thomas & Mack Legal Clinic
William S. Boyd School of Law
University of Nevada, Las Vegas
P.O. Box 71075
Las Vegas, Nevada 89170
Telephone: 702-895-3000
Facsimile: 702-895-2081

**IT IS SO ORDERED:**

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 20, 2026.

*JOINT STATUS REPORT AND STIPULATION TO ORDER OF DISSMISSAL*